**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Docket No. 20-10136-RGS**

**UNITED STATES OF AMERICA**

**v.**

**HASSAN MONROE**

**ASSENTED TO MOTION TO SCHEDULE RULE 11 HEARING**

Now comes Hassan Monroe and, with the assent of the United States, respectfully moves this Honorable Court to re-scheduled the Rule 11 Hearing which was scheduled for September 8, 2021 and to conduct it virtually, via zoom.

In support of this motion the defendant contends that an executed plea agreement has been filed and a Rule 11 Hearing was scheduled for September 8, 2021.  On September 8, 2021, the defendant believed that, due to COVID concerns, the Rule 11 Hearing was going to be conducted via zoom.  Additionally, between now and the rescheduled hearing, defense counsel will have the defendant execute a waiver of indictment given that he will be admitting to an information.

                        **Respectfully submitted**
                        **HASSAN MONROE,**
                        **By his Attorney:**

**Date:** September 9, 2021   /s/  Thomas Kerner
                                       _____
                        **Thomas Kerner**
                        **Attorney at Law**
                        **MA BBO No. 552373**
                        **240 Commercial St., Suite 5A**
                        **Boston, MA  02109**
                        **(617) 720 5509**
                        thomas.kerner@comcast.net


### CERTIFICATE OF SERVICE

I, Thomas Kerner, herein certify that a copy of the within motion was e-filed for all parties involved.

Date: September 9, 2021       /s/ Thomas Kerner
                                      _____
                                      **THOMAS KERNER**